

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00470-CR

Isaac Barron **SALGADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR3958W
Honorable Catherine Torres-Stahl, Judge Presiding

PER CURIAM

Sitting:        Rebeca C. Martinez, Chief Justice
                Patricia O. Alvarez, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: September 21, 2022

APPEAL DISMISSED FOR LACK OF JURISDICTION

Pursuant to a plea bargain, appellant was placed on community supervision in April 2021. On February 7, 2022, the trial court signed an "Order Amending Conditions of Community Supervision." On August 4, 2022, appellant filed a pro se "Motion for Leave to File Notice of Appeal." Because it appeared this court lacked jurisdiction over appellant's appeal from the order modifying the conditions of his community supervision, on August 10, 2022, this court ordered appellant to show cause in writing no later than August 25, 2022 why this appeal should not be dismissed for lack of jurisdiction. *See Davis v. State*, 195 S.W.3d 708, 710-11 (Tex. Crim. App.

2006); *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Vargas v. State*, No. 04-21-00508-CR, 2021 WL 5910714, at *1 (Tex. App.—San Antonio Dec. 15, 2021, no pet.) (per curiam) (mem. op., not designated for publication).  Our order cautioned appellant that if he did not respond by August 25th, this appeal would be dismissed.  We also held appellant's motion for leave and all other appellate deadlines in abeyance pending further order of this court.

Appellant has not responded; therefore, this appeal is reinstated on the court's docket and dismissed for lack of jurisdiction.

PER CURIAM

Do not publish